NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHESTER R. HOFFMAN, DOC #H45384, )
                                  )
            Appellant,            )
                                  )
v.                                )       Case No. 2D17-3724
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Chester R. Hoffman, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and LUCAS, JJ., Concur.